# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, __Anthony Rothert__, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, __Jennifer Lee__, an attorney admitted to practice in the United States District Court for the __Southern District of New York__ and the State of __New York__ but not admitted to the Bar of this court, who will be counsel for the __proposed amicus curiae, American Civil Liberties Union__, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

_____  44827MO
Signature of Movant/Attorney     MO Bar Number

5/7/2014                          454 Whittier St., St. Louis, MO 63108
Date                              Address

(314) 652-3114
Phone

### Affidavit of Proposed Admittee

I, __Jennifer Lee__, am currently a member in good standing of the bars of the United States District Court for the __Southern District of New York__ and the State of __New York__, but not admitted to the Bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

Case Number(s):              Case Title(s)
6:13-cv-03157-BP             The School of the Ozarks v. Sebelius

Date                                    (Signature of Admittee)

5/2/2014
State Bar Number  4876272
District Court Bar Number  JL0248
Phone                         Address
(212) 549-2601                125 Broad St. 18th Floor, New York, NY 10004
E-Mail
jlee@aclu.org

Pursuant to WDMO Local Rule 83.5(l) a fee of $100 is required for each case in which the attorney is seeking admittance.